# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Thomas Michel, et al.
                           Plaintiff,

v.                                                 Case No.: 1:23−cv−02546
                                                 Honorable Virginia M. Kendall

Marcin Chojnacki, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. Chase Real Estate's crossclaim is dismissed as moot. [64] Defendant Marcin Chojnacki's motion to dismiss Chase's Crossclaim and to Compel Arbitration is dismissed as moot. [155] For more information, see the Malik et al v. Prairie Raynor LLC et al docket (1:23−cv−01182). Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.